Hattler et al. *v.* Wayne County, Appellant.

Argued December 3, 1935.   Before Frazer, C. J., Schaffer, Maxey, Drew, Linn and Barnes, JJ.

284

286

288

*Paul G. Collins,* with him *Frank L. Martin,* for appellant.

*A. G. Rutherford,* with him *Ira B. Rutherford* and *James Rutherford,* for appellees.

PER CURIAM, January 6, 1936:

A majority of the judges who heard the argument in this case are of opinion the decree of the Superior Court should be affirmed on the opinion of Judge PARKER.

Judgment affirmed.